[No. 1465-2. Division Two. December 1, 1975.]

WESTED TIRE CO., *Respondent*, v. DAVE MURREY GARBAGE SERVICE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 222834, William L. Brown, Jr., J., entered May 6, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1197-2. Division Two. December 3, 1975.]

*In the Matter of the Welfare of* ALEXANDER LUSCIER.

Certiorari to review a judgment of the Superior Court for Grays Harbor County, No. 4855, John H. Kirkwood, J., entered August 10, 1973. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1256-3. Division Three. December 4, 1975.]

GERALDINE R. DEWITT, *Appellant*, v. WILLIAM D. CRAWFORD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 27213, Ted Kolbaba, J., entered July 18, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 2924-1. Division One. December 8, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLD DUANE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66046, W. R. Cole, J., entered March 8, 1974. *Dismissed* by unpublished per curiam opinion.